IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FRANCESENA JONES,
        Plaintiff,

v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,
        Defendant.

No: 1:21-cv-01005-MSN-IDD

## ORDER

This matter comes before the Court on the cross-motions for summary judgment filed by Plaintiff Francesena Jones (ECF 16) and Defendant, Acting Commissioner of the Social Security Administration (ECF 19); the Report & Recommendation by Magistrate Judge Davis (ECF 23); and Plaintiff's Objections to the Report & Recommendation (ECF 24). For the reasons stated in the Memorandum Opinion entered on November 13, 2023 (ECF 26), it is hereby

**ORDERED** that Objections to the Report & Recommendation (ECF 24) are **OVERRULED**; it is further

**ORDERED** that the Report & Recommendation (ECF 23) is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's motion for summary judgment (ECF 16) is **DENIED**; it is further

**ORDERED** that Defendant Acting Commissioner of the Social Security Administration's motion for summary judgment (ECF 19) is **GRANTED**; and it is further

**ORDERED** that judgment shall be entered in favor of Defendant Acting Commissioner of the Social Security Administration.

It is **SO ORDERED**.

The Clerk is directed to enter judgment in favor of Defendants pursuant to Fed. R. Civ. P. 58, and to close this civil action.

/s/
Michael S. Nachmanoff
United States District Judge
_____
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
April 11, 2024